# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**GARY JONES**                                                **PLAINTIFF**

v.                                    **No. 5:17-cv-45-DPM**

**MONDI BAGS USA, LLC**                                       **DEFENDANT**

## ORDER

Mondi Bags' motion to reconsider, № 11, is denied without prejudice as

moot. Jones filed no stipulation to clarify what damages she is seeking, so the

Court need not revisit the post-removal-stipulation issue.

So Ordered.

_W.D. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_25 April 2017_