# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GARY JONES                                                               PLAINTIFF

v.                                     No. 5:17-cv-45-DPM

MONDI BAGS USA, LLC                                DEFENDANT

## ORDER

1. Motion, № 17, denied as moot. Stevens re-filed a properly signed motion, № 19, in response to the Clerk's deficiency notice.

2. The Court has concerns about allowing a lawyer to leave a party without representation; but for good cause shown, reluctantly grants the motion to withdraw. № 19. Mr. Stevens will be relieved as counsel for Gary Jones, effective when Stevens files notice that he has:

- Provided the Clerk with contact information for Jones, including a mailing address, telephone number, and email address;
- Provided Jones a copy of the Court's Final Scheduling Order, № 16; and
- Provided Jones a copy of this Order.

Stevens's providing names of other lawyers to Jones is appreciated. Because discovery is underway, and deadlines loom, Jones is instructed to either get a new lawyer, or file a paper notifying the Court that he will represent himself, by 8 September 2017.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2017