# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GARY JONES                                                           PLAINTIFF

v.                             No. 5:17-cv-45-DPM

MONDI BAGS USA, LLC                              DEFENDANT

## ORDER

The Court notes and appreciates Mickey Stevens's compliance with the Court's recent Order, № 20. Stevens is therefore relieved as counsel for Gary Jones in this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2017