# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GARY JONES                                                    PLAINTIFF

v.                        No. 5:17-cv-45-DPM

MONDI BAGS USA, LLC                                           DEFENDANT

## ORDER

No new lawyer for Jones has appeared by the deadline, № 20. Jones has not confirmed for the Court that he is proceeding *pro se*, but that is the situation. Jones should therefore familiarize himself with the Federal Rules of Civil Procedure and this Court's Local Rules. They're available online.* In particular, Local Rule 5.5(c)(2) explains some requirements for plaintiffs who aren't represented by a lawyer. Jones must follow all applicable rules as the case proceeds pursuant to the Final Scheduling Order, № 16.

---

* http://www.uscourts.gov/rules-policies/current-rules-practice-procedure; http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*18 September 2017*