IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY JONES                                                      PLAINTIFF

v.                          No. 5:17-cv-45-DPM

MONDI BAGS USA, LLC                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2017